# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CARLOS FERNANDO P. P., | Case No. 26-cv-3137 (LMP/ECW) |
| Petitioner, | |
| v. | |
| MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; DAVID VENTURELLA, *Acting Director, Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement*; TODD BLANCHE, *Acting U.S. Attorney General, Department of Justice*; ERIC TOLLEFSON, *Kandiyohi County Sheriff;* WARDEN, KANDIYOHI COUNTY JAIL, WILLMAR, MINNESOTA, | **ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE** |
| Respondents. | |

This matter comes before the Court on Petitioner's Motion for Voluntary Dismissal of his Petition for Writ of Habeas Corpus without Prejudice. ECF No. 6.

Petitioner Carlos Fernando P. P. brought a Petition for a Writ of Habeas Corpus on June 30, 2026. ECF No. 1. Petitioner, however, had filed a separate petition shortly before the Petition in this matter was filed. That Petition was assigned to U.S. District Judge Jerry W. Blackwell in Case No. 0:26-cv-03123 (JWB/JFD).

The Respondents do not object to Petitioner's motion for dismissal. Nor is there anything in the record to suggest the second Petition was filed in bad faith.

As a result, pursuant to Rule 41(a)(2), it is hereby **ORDERED** that Petitioner's Motion for Voluntary Dismissal (ECF No. 6) is **GRANTED** and Petitioner's Petition for Habeas Corpus (ECF No. 1) is hereby **DISMISSED** without prejudice.

Dated: July 1, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge